# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William H. Sudell, Jr.
302 351 9284
302 425 4685 Fax
wsudell@mnat.com

April 16, 2012

**BY HAND-DELIVERY:**

Ms. Elizabeth Mason
Administrative Generalist
United States District Court
District of Delaware
U.S. Courthouse
844 King Street, Lockbox 18
Wilmington, DE  19801

        Re:    *Anderson News, LLC, et al.*, Case Nos. 12-cv-87 and 12-cv-101 (LPS)

Dear Ms. Mason:

        I write to report that I conducted a mediation of the referenced appeals on April 16, 2012. All parties appeared at the mediation. However, the mediation did not resolve the issues on appeal and, therefore, the appeals should proceed.

        If you have any questions, please do not hesitate to contact me.

Sincerely yours,

*[signature]*

William H. Sudell, Jr.

WHS/clh
cc:    Domenic E. Pacitti, Esq. (by email)
        Grant T. Stein, Esq. (by email)
        Jeremy W. Ryan, Esq. (by email)

5867438